1998 OK 31

**Cindy L. WISDOM, Petitioner,**

v.

**Honorable C. Allen McCALL, Jr., Judge of the District Court of Comanche County, 5th Judicial District, Respondent.**

No. 90951.

Supreme Court of Oklahoma.

April 13, 1998.

CORRECTION ORDER

¶1 Original jurisdiction is assumed. Let the writ issue that prohibits respondent judge, or any other assigned judge, from enforcing this Court's September 10, 1997 order in cause No. CJ–95–347 on the docket of the District Court, Comanche County, which in subparagraph 1) exempts from production the staffing, credentials, and peer review records relating to defendant LeBaud, a physician on the staff of defendant Southwestern. The provisions of 63 O.S.1991 § 1–1709 which are not applicable to those records, do not protect and exempt them

from discovery. *Strubhart v. Perry Mem. Hosp. Trust,* 903 P.2d 263 (Okl.1995).

¶2   All Justices concur.